UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK SULLIVAN, individually, <br> LAURA SULLIVAN, individually, <br> CARMEN BENEDICT, individually, <br><br> Plaintiff, <br><br> vs. <br><br> GLOBAL OUTREACH, LLC., a New Jersey LLC; GLOBAL OUTREACH, SA, a foreign entity of unknown origin, ANIL KOTHARI, an individual; HEMANGINI KOTHARI, an individual, <br><br> Defendant, | 2:07-cv-1122-PMP-RJJ <br><br> O R D E R |

This matter is before the Court on Plaintiffs' Motion to Compel Discovery Responses, To Compel Party Depositions and For the Imposition of Sanctions (#69).

The Court having reviewed the Motion to Compel (#69), Defendants' Opposition (#72), and the Reply (#74) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel (#69) is **GRANTED** as to the request to compel discovery responses and to compel party depositions as follows:

1. Defendants shall produce, without objection, documents in response to Plaintiff's Request for Production of Documents as detailed in the Motion (#69);

2. Defendants shall respond, without objection, to Plaintiffs' Interrogatories as detailed in the Motion (#69);

3. Production and responses shall be made on or before September 20, 2010.

    4.    If the depositions of Anil Kothari and Hemangini Kothari have not been taken, then on or before September 23, 2010, Anil Kothari and Hemangini Kothari, shall appear in Las Vegas, Nevada, for their depositions on dates noticed by the Plaintiffs.

IT IS FURTHER ORDERED that on or before September 15, 2010, Plaintiff shall file an affidavit of reasonable costs, including attorneys' fees, incurred in bringing the motion.

IT IS FURTHER ORDERED that a response to said affidavit for fees and costs, if any, shall be filed on or before September 21, 2010.

IT IS FURTHER ORDERED that a <u>hearing on the Request for Imposition of Sanctions (#69) is scheduled for September 24, 2010, at 9:30 AM</u> in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

DATED this __8th__ day of September, 2010.

                                                      _____
                                                      ROBERT J. JOHNSTON
                                                      United States Magistrate Judge