UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK SULLIVAN, etc., ) | |
| ) | |
| Plaintiff, ) | 2:07-cv-1122-PMP-RJJ |
| ) | |
| vs. ) | |
| ) | |
| GLOBAL OUTREACH, LLC., etc., *et al*., ) | O R D E R |
| ) | |
| Defendant, ) | |

A conflict having occurred in the Court's calendar and good cause appearing therefore,

IT IS HEREBY ORDERED that the settlement conference scheduled for December 15, 2010, is VACATED and RESCHEDULED to January 13, 2011, at 1:30 P.M. in LV courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that settlement conference statements pursuant to the Court's Order (#111) shall be submitted on or before January 6, 2011.

IT IS FURTHER ORDERED that all other requirements for the settlement conference as set forth in the Court's Order (#111) remain unchanged.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Defendants, Anil Kothari and Hemangini Kothari, by certified mail, return receipt requested.

DATED this  7th   day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge