UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK SULLIVAN, etc., *et al*., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANIL KOTHARI, *et al*., ) <br> ) <br> Defendant, ) <br> ) | 2:07-cv-1122-PMP-RJJ <br><br><br> O R D E R |

This matter is before the Court on Defendant Anil KOTHARI's Letter dated January 20, 2011, requesting an extension of time to file a response to Plaintiff's Emergency Motion for the Imposition of Terminating Sanctions (#115).

The Court having reviewed the request and good cause appearing therefore,

IT IS HEREBY ORDERED that the Court shall treat the Letter dated January 20, 2011, as a Motion for Extension of Time. The Clerk is directed to file said motion(letter).

IT IS FURTHER ORDERED that the Motion for Extension of Time is GRANTED in that Defendant shall have to and including February 4, 2011, to file a response to Plaintiff's Emergency Motion for the Imposition of Terminating Sanctions (#115).

IT IS FURTHER ORDERED that **NO FURTHER EXTENSIONS will be granted**.

IT IS FURTHER ORDERED that the hearing scheduled for Feb. 1, 2011, on the Motion (#115) is VACATED and RESCHEDULED to February 9, 2011 at 11:30 AM, by telephone conference call. The parties are directed to call into the court's meet me line at (702)868-4906, conference code 123456.

1    IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the
2  Defendants by certified mail, return receipt requested.
3    DATED this __26th__ day of January, 2011.

                                        _____
                                        ROBERT J. JOHNSTON
                                        United States Magistrate Judge