UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PATRICK SULLIVAN, *et al.*,  )
        Plaintiff,  )    2:07-cv-1122-PMP-RJJ
vs.  )
GLOBAL OUTREACH, *et al.*,  )    O R D E R
        Defendant,  )

This matter is before the undersigned Magistrate Judge on Defendant Anil Kothari's Declaration (#135).

The Court having reviewed the Declaration (#135) finds that Defendant Kothari is requesting a telephone conference call regarding possible settlement of this case. The Court having considered the request contained in the Declaration (#135) and good cause appearing therefore,

IT IS HEREBY ORDERED that the request for a telephone conference call is **DENIED**.

IT IS FURTHER ORDERED that Defendants Anil Kothari and Hemangini Kothari must be present on February 28, 2011, in Las Vegas, Nevada for the taking of their depositions as previously ordered by the court.

DATED this __24th__ day of February, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge