# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK SULLIVAN, individually; LAURA SULLIVAN, individually; CARMEN BENEDICT, individually. | 2:07-CV-01122-PMP-RJJ |
| Plaintiffs, | **ORDER** |
| vs. | |
| GLOBAL OUTREACH, LLC, a New Jersey LLC; GLOBAL OUTREACH, SA, a foreign entity of unknown origin; ANIL KOTHARI, an individual; HEMANGINI KOTHARI, an individual. | |
| Defendants. | |

The Court having read and considered Plaintiffs' Status Report (Doc. #138) filed March 7, 2011, as well as Defendants' Declarations (Doc. #139 & #140) and Plaintiffs' Reply (Doc. #141), and it appearing therefrom that Defendants have continued to violate prior orders of this Court to participate in discovery in this action, and in accord with the Order of this Court (Doc. #134) of February 9, 2011, and good cause appearing,

**IT IS ORDERED that** Defendants' Answer is hereby STRICKEN and DEFAULT JUDGMENT is hereby entered in favor Plaintiffs and against Defendants.

**IT IS FURTHER ORDERED that** Plaintiffs shall, within ten (10) days from the date of this Order, submit a proposed form of judgment with respect to damages payable to Plaintiffs by Defendants.

**IT IS FURTHER ORDERED that** the prior monetary sanctions of $4,780.00 imposed by the Court shall be included in the judgment submitted by Plaintiffs.

DATED: March 11, 2011.

PHILIP M. PRO
United States District Judge